# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:11-cv-00875-GBC (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| v. | |
| S. HUBBARD, et al., | Doc. 20 |
| Defendants. | |

On May 31, 2011, Plaintiff Bryan E. Ransom ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On July 1, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis. Doc. 9.

A review of the record of actions filed by Plaintiff in the United States District Court revealed that Plaintiff has filed at least three actions that were dismissed as frivolous, malicious, or for failing to state a claim upon which relief may be granted. Moreover, Plaintiff's vague and speculative claims did not establish he was under imminent danger of serious physical injury at the time the complaint was filed.

On August 24, 2012, the Court revoked Plaintiff's in forma pauperis status, pursuant to the three strike provision under 28 U.S.C. § 1915(g), and ordered Plaintiff to pay the $350.00 filing fee within twenty days. Doc. 20. More than twenty days have passed, and Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   September 24, 2012

UNITED STATES MAGISTRATE JUDGE